IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESSICA ANDREAS and JENNIFER LOPEZ,

     Plaintiffs,

v.                         Case No. 07-CV-00312 JC/ACT

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY/NORTWESTERN
MUTUAL and BRIAN BAILEY,

     Defendants.

**ORDER ON DEFENDANT NORTHWESTERN'S
MOTION TO EXPEDITE BRIEFING SCHEDULE RE: ITS MOTION TO STRIKE
PLAINTIFF ANDREAS' EMOTIONAL DISTRESS DAMAGES
AND PLAINTIFFS' BACKPAY DAMAGES CALCULATION**

THIS MATTER comes before the Court on Defendant Northwest Mutual Life Insurance

Company's *Motion to Expedite Briefing Schedule Re: Its Motion to Strike Plaintiff Andreas'*

*Emotional Distress Damages and Plaintiffs' Backpay Damages Calculation* (Doc. 75)

("Motion"), filed March 12, 2008.

IT IS ORDERED that *Defendant's Motion to Expedite Briefing Schedule Re: Its Motion*

*to Strike Plaintiff Andreas' Emotional Distress Damages and Plaintiffs' Backpay Damages*

*Calculation* (Doc. 75), filed March 12, 2008, is denied as moot.

Dated January 28, 2009.

                        s/John Edwards Conway

                        _____
                        SENIOR UNITED STATES DISTRICT JUDGE

Counsel for Plaintiffs:

Julie Fritsch, Esq.
Whitney Warner, Esq.

Christopher M. Moody, Esq.
Albuquerque, NM

Counsel for Defendants:

Robert Shawn Oller, Esq.
Phoenix, AZ

Justin E. Poore, Esq.
Barbara G. Stephenson, Esq.
Albuquerque, NM